NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONAVAN LEIGH PATTERSON,              )
DOC #R92413,                          )
                                      )
                    Appellant,        )
                                      )
v.                                    )     Case No. 2D17-5070
                                      )
STATE OF FLORIDA,                     )
                                      )
                    Appellee.         )
_____  )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.